

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2017

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Irene Rios, Justice

The panel has considered the Appellant's Motion to Stay Mandate, and the motion is hereby MOOT.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk